

IN THE
TENTH COURT OF APPEALS

No. 10-08-00334-CV

IN THE MATTER OF THE MARRIAGE OF
THERESA MARGARITA MATA AND RICHARD A. MATA,
AND IN THE INTEREST OF C.N.M. AND T.A.M.M., CHILDREN

From the 414th District Court
McLennan County, Texas
Trial Court No. 2008-471-5

MEMORANDUM OPINION

The Clerk of this Court notified the parties that the appellant's brief was overdue in this cause and that the appeal may be dismissed if an appropriate response was not filed within twenty-one days. No response has been received. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed April 8, 2009
[CV06]